UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| HARRY A. CHURCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. _____ |
| | ) |
| THE REDFLEX GROUP, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING FOR REMOVAL

TO: Richard Phillips, Esq.
The Law Office of Richard Phillips
300 East Main Street, Ste # 302D
Johnson City, TN 37601

PLEASE TAKE NOTICE that Redflex Traffic Systems, Inc., sued as The Redflex Group, Inc., Defendant in this above-styled action, has this date filed its Notice of Removal of this action, copies of all of which are attached hereto, in the Office of the Clerk of the United States District Court for the Eastern District of Tennessee, Greeneville Division, on this 24th day of June, 2011.

Respectfully submitted,

/s/ Michael S. Kelley
Michael S. Kelley BPR #014378
Kathy D. Aslinger BPR #019282
KENNERLY, MONTGOMERY & FINLEY, P.C.
4th Floor, Nations Bank Center
550 Main Street
P.O. Box 442
Knoxville, TN 37901
(865) 546-7311

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, to the following, on this 24th day of June, 2011:

Richard Phillips
The Law Office of Richard Phillips
300 East Main Street, Ste # 302D
Johnson, City, TN  37601


        /s/ Michael S. Kelley